PROB 12C
(7/93)

# United States District Court

## for

## District of New Jersey

## Petition for Warrant for Offender Under Supervision

Name of Offender: Marcelle Higgs                                      Cr.: 00-00528-01

Name of Sentencing Judicial Officer: Honorable John C. Lifland, Senior U.S. District Judge

Date of Original Sentence: 11/29/00

Original Offense: Possession of a Firearm by a Convicted Felon

Original Sentence: 60 months imprisonment, 3 years supervised release

Type of Supervision: Supervised Release                    Date Supervision Commenced: 04/15/05

Assistant U.S. Attorney: Lewis Borinsky                    Defense Attorney: Lorraine Gauli-Rufo

## PETITIONING THE COURT

[X] To issue a warrant
[ ] To issue a summons

The probation officer believes that the offender has violated the following conditions of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1. | The offender has violated the supervision condition which states '**You shall not commit another federal, state, or local crime.**' On January 13, 2007, Newark Police arrested and charged Higgs with Possession of Cocaine (29 bags), Possession of Cocaine with Intent to Distribute, Possession of Cocaine with Intent to Distribute within 1000 feet of a School, Conspiracy to Distribute Cocaine with Intent to Distribute, Resisting Arrest, and Terroristic Threats. |
| 2. | The offender has violated the supervision condition which states ' **You shall submit a truthful and complete written report within the first five days of each month.**' Higgs has not submitted monthly supervision reports to the U.S. Probation Office for September through December 2006, as required. |
| 3. | The offender has violated the supervision condition which states '**You shall not associate with any persons engaged in criminal activity, and shall not associate with any person convicted of a felony unless granted permission to do so by the probation officer.**' On January 13, 2007, associated with Eric Concepcion, a convicted felon, while making drug transactions. Concepcion has previous felony convictions for Receiving Stolen Property and Possession of a Controlled Dangerous Substance. |
| 4. | The offender has violated the supervision condition which states ' **You shall notify the probation officer within 72 hours of being arrested or questioned by a law enforcement officer.**' On January 13, 2007, Higgs was arrested and failed to notify his probation officer within 72 hours. |

PROB 12C - Page 2
Marcelle Higgs

I declare under penalty of perjury that the foregoing is true and correct.

By: Thomas Stone
Senior U.S. Probation Officer

Date: 02/20/07

THE COURT ORDERS:

[X] The Issuance of a Warrant
[ ] The Issuance of a Summons.  Date of Hearing: _____
[ ] No Action
[ ] Other

/s/ John C. Lifland
Signature of Judicial Officer

February 21, 2007
Date